# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**JOHN C A BAMBENEK,**
**Plaintiff,**

vs.                                                                                          Case Number:   **07-2012**

**GILBERT R JIMENEZ, ET AL,**
**Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants and against the plaintiff.   The case is terminated.

ENTER this 2nd day of October 2007.

s/JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK

s/K. Wynn
BY:  DEPUTY CLERK